IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:03CR76-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DEMETRIO JAIMES | ) | |

THIS MATTER is before the Court on Defendant's motion to remit bond, filed September 20, 2005.

The Defendant was arrested on October 9, 2003, and released on a secured bond[1] by the posting of $20,000 cash by Demetrio and Mario Jaimes on October 10, 2003. The monies were deposited with the Clerk to be held until completion of this case.

Subsequently, on March 12, 2004, the Defendant entered a guilty plea to Count 21 of the indictment and was sentenced by the undersigned on September 1, 2005, to a term of imprisonment of one day with credit for

---

[1] Although the Appearance Bond filed in this matter reflects a $100,000 bond secured by a note and deed of trust, the Magistrate Judge later modified this requirement and accepted the posting of the $20,000 cash bond.

time served. The Defendant has completed the required term of imprisonment and no further liability remains on the bond.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to remit bond is **ALLOWED**, and the Clerk is directed to disburse the $20,000 now being held in the Registry Account and that a check be made payable to Demetrio Jaimes and Maria Jaimes, and mailed to the Defendant in care of Ronald C. True, Attorney at Law, One Oak Plaza, Suite 106, Asheville, North Carolina, 28801.

**Signed: October 5, 2005**

Lacy H. Thornburg
United States District Judge