# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:03CR76-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DEMETRIO JAIMES ) | |

**THIS MATTER** is before the Court on the Defendant's motion for early termination of his supervised release. The Government has no objections to the relief sought.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for early termination of his supervised release is **ALLOWED**, and effective with entry of this Order, the Defendant's term of supervised release is hereby terminated.

Signed: December 7, 2006

Lacy H. Thornburg
United States District Judge